UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. CARTER,<br>Plaintiff,<br>v.<br>KAPPA ALPHA PSI FRATERNITY, INC.,<br>Defendant. | Case No.: 3:26-cv-4839-CAB-DEB<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND/OR MOVE TO PROCEED IN FORMA PAUPERIS** |

On August 24, 2026, Plaintiff Robert E. Carter filed a civil complaint for breach of written contract, declaratory relief, and specific performance. All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $405.[1] *See* 28 U.S.C. § 1914. The action

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $55. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023). The additional $55 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (applying provisions of § 1915(a)(1) to non-prisoner plaintiff).

Here, Plaintiff did not pay the fee required to commence a civil action when he filed his Complaint, nor has he filed a Motion and Declaration in Support of Motion to Proceed IFP. Accordingly, the Court:

(1) **DISMISSES** this action without prejudice based on Plaintiff's failure to either (a) pay the $405 civil filing and administrative fee or (b) move to proceed IFP;

(2) **GRANTS** Plaintiff thirty (30) days from the date of this Order to either (a) prepay the entire $405 fee in full *or* (b) file a completed Motion and Declaration in Support of Motion to Proceed IFP that complies with 28 U.S.C. § 1915(a)(1) and CivLR 3.2.a. and f.; and

(3) **DIRECTS** the Clerk of the Court to provide Plaintiff with this District's form "Motion and Declaration in Support of Motion to Proceed IFP" for his use and convenience. Should Plaintiff neither pay the $405 filing fee in full nor sufficiently complete and file a Motion to Proceed IFP and supporting declaration within 30 days, this civil action will remain dismissed without prejudice and the Clerk of the Court shall close the case accordingly without further Order of the Court.

It is **SO ORDERED**.

Dated: September 2, 2026

Hon. Cathy Ann Bencivengo
United States District Judge